IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAUNTAY CANNON | : | CIVIL ACTION |
| vs. | : | |
| ASPIRA INC. OF PENNSYLVANIA, et al. | : | NO.: 14-cv-6678 |

## O R D E R

**AND NOW**, this 25th day of **NOVEMBER, 2014**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Nitza I. Quiñones Alejandro to the calendar of the Honorable Harvey Bartle III.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

/s/ Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court